# EXHIBIT A

# Safety Inspector

## Posting Details

**Position Details**

| | |
|---|---|
| Posting Number | S0629 |
| Position Title | Safety Inspector |
| Department | Facilities/Management |
| Bargaining Unit | AFSCME |
| Position Type | Staff |
| Full-time/ Part-time | Full-time |
| If Part-time, specify percentage | |
| Temporary/ Permanent | Permanent |
| Benefits | The Pennsylvania State System of Higher Education provides a comprehensive package of employer benefits to eligible employees and their enrolled dependent(s), which include*:<br><br>• Medical and prescription drug benefits.<br>• Generous retirement plans, two options:<br>  ○ Alternative Retirement Plan (ARP)<br>  ○ State Employees' Retirement System (SERS)<br>• Tuition benefits for employees and dependents.<br>• Paid time off.<br>• Employer-paid dental and vision benefits.<br>• Employer-paid life insurance.<br>• Voluntary insurances and additional retirement programs.<br><br>*Specific benefits may vary based upon university, employee group and/or collective bargaining unit. Visit: http://www.passhe.edu/inside/HR/syshr/healthcare/Pages/Summary-of-Benefits.aspx for additional information regarding benefits.<br>To be eligible for most benefits, you must be a permanent, full-time employee (including temporary, full-time faculty with at least an academic year contract) or a permanent, part-time employee (including temporary, part-time faculty with at least an academic year contract) who is scheduled to work every pay period for at least 50% of full-time hours. |
| FLSA | |
| Salary | $47,472.00/annual, in accordance with the AFSCME CBA |
| Work Hours | Other |
| Work Schedule | Mon. - Fri. |
| Anticipated Start Date | on or about March 13, 2023 |
| Anticipated End Date | none |

**Position Summary Information**

| | |
|---|---|
| **Job Description Summary** | **The home campus for this position is Lock Haven.**<br><br>Primary focus of this position is to conduct inspections and record deficiencies on the fire suppression systems and equipment. The location of this position is predominately on the Lock Haven and Clearfield Campus, with occasional travel to Bloomsburg's and Mansfield's campuses. |
| **Essential Duties** | • **Monthly and Weekly required inspections:**<br><br>1. Fire Extinguisher inspections, monthly<br>2. Sprinkler System Inspections, weekly and monthly<br>3. Area of Rescue inspections, monthly<br>4. Elevator Phone inspection, monthly<br>5. Automatic Door inspections, monthly<br>6. AED inspections, monthly<br>7. Safety inspections to identify unsafe conditions and acts of buildings, grounds owned and operated by the Commonwealth University of Pennsylvania.<br><br>All Safety Inspections and findings will be reported to the Safety Director on a monthly basis.<br><br>• **Assist Contractors:**<br><br>1. Assist contractors with fire extinguishers, sprinkler systems, suppression systems, clean agent systems, fire hoses, fume hoods, biological safety cabinets and clean benches inspections.<br><br>• **Various Safety Program Support:**<br>   ◦ Under the direction of the Commonwealth University of Pennsylvania Safety Director:<br>   1. Assists with investigations of fire damage, causes of fires, injured people, and other emergency situations.<br>   2 . Assists with investigating fire alarm activations.<br>   3. Assists with investigating accidents that occur on campus involving faculty, staff, students, and visitors.<br>   4. Assist with concerns from faculty, staff, and students regarding safety issues or concerns on campus. Assist with evaluating the situation and investigate mitigation actions.<br>   5. Serves on the University's Safety Committee<br>   6. Issue Hot Work Permits<br>   7. Issue Fire System's Impairment Tags and Notify Insurance Carrier<br>   8. Issue Confined Space Permits<br>   9. Updates chemical inventory database and assists with Hazardous Substance Survey form submission.<br><br>• The incumbent will make decisions regarding submitting work orders for deficiencies found during their inspections. |
| **Specific Duties** | same as above |
| **Minimum Qualifications (Required Knowledge, Skills and Abilities)** | Successful completion of the Safety Inspector Trainee program; or One-year experience with inspecting or maintaining fire suppression systems and equipment for compliance with applicable safety regulations.<br>Must possess a valid PA Driver License<br>Knowledge of NFPA 25<br><br>• Ability to understand and carryout oral and written instructions.<br>• Ability to act quickly and calmly in emergency situations.<br>• Ability to attend educational sessions as required; travel out of town for one or more consecutive days. |

- Ability to occasionally work after hours, on weekends and extended hours for training or emergency situations.
- Ability to accurately record information.
- Ability to communicate by written and oral communications.
- Knowledge and ability to use Microsoft Word, Excel and PowerPoint.

**Preferred Qualifications**

**Physical Demands**

Ability to walk for up to 7.5 hours per day.
Ability to climb steps and ladders.
Ability to be in small spaces.
Ability to tolerate varying weather conditions.
Ability to lift and carry 40 pounds.

**Posting Detail Information**

**Open Date** 01/13/2023

**Close Date** 01/28/2023

**Special Instructions to Applicants**

**Background Clearances**

In accordance with Act 153 of 2014 (HB 435), appointment is contingent upon completion of a satisfactory background investigation which includes, but is not limited to, Act 34, Pennsylvania Criminal Record Clearance; Act 151, Child Abuse Clearance; and Act 114, Federal Bureau of Investigations (FBI) Criminal Background Checks.

Appointment is provisional provided the "Arrest/Conviction Report and Certification Form" and verification of your three background checks are returned to the Human Resource office prior to your hire date.

**Diversity Statement**

At Commonwealth University we recognize our responsibility to continuously support a living, learning, and working environment that values the diverse contributions from all members of our campus community. Our commitment to diversity, equity and inclusion enriches our campus community and is instrumental to our institutional success. Commonwealth University strives to cultivate a campus climate that allows all members to embrace diversity, equity and inclusion as we achieve success both in and out of the classroom, in our work responsibilities, and in our professional lives beyond Commonwealth University. We uphold our commitment to DEI by:
• Actively supporting and promoting the intellectual and personal growth of our students, inside and outside of the classroom.
• Providing workshops, trainings, programs designed to broaden the knowledge and understanding of diversity, equity and inclusion within our campus community.
• Ensuring that all learning and living environments throughout our campus are welcoming and capable of serving all individuals.

**Title IX/Clery**

The University prohibits any form of discrimination or harassment on the basis of sex, race, color, age, religion, national or ethnic origin, sexual orientation, gender identity or expression, pregnancy, marital or family status, medical condition, genetic information, veteran status, or disability in any decision regarding admissions, employment, or participation in a University program or activity in accordance with the letter and spirit of federal, state, and local non-discrimination and equal opportunity laws, such as Titles VI and VII of the Civil Rights Act of 1964, Title IX of the Education Amendments of 1972, the Age Discrimination in Employment Act, the Americans with Disabilities Act and ADA Amendments Act, the Equal Pay Act, and the Pennsylvania Human Relations Act.
The University also complies with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crimes Statistics Act, as amended by the Violence Against Women Act (VAWA). Title IX prohibits retaliation for asserting or otherwise participating in claims of sex discrimination. VAWA imposes additional duties on universities and colleges to investigate and respond to reports of sexual assault, stalking, and dating or domestic violence, and to publish policies and procedures related to the way these reports are handled. The University has designated the Title IX Coordinator (Jennifer Raup, Elwell Hall, ORL, 570-389-4808, **jraup@bloomu.edu** or **titleixcoord@bloomu.edu**), to coordinate the University's compliance with Title IX and VAWA and to respond to reports

| | |
|---|---|
| | of violations. The University has directed the Police Department to coordinate the University's compliance with the VAWA-related Clery reporting requirements. Additionally, inquiries concerning Title IX and its implementing regulation can be made to the U.S. Department of Education, Office of Civil Rights, Region III, The Wanamaker Building, 100 Penn Square East – Suite 505, Philadelphia, PA 19107; Phone: (215) 656-6010; Fax: (215) 656-6020. |
| **About Commonwealth University of PA** | **The Power of Three Bloomsburg, Lock Haven** and **Mansfield** universities have joined forces to boldly transform higher education in our region and beyond. While we are uniting as Commonwealth University of Pennsylvania, you can expect a college experience that is anything but common. |
| | **We're Honoring our History** by preserving the founding principles of each campus and continuing our vibrant on-campus student experience, serving as pillars of our communities, supporting students and our neighbors alike. |
| | **We're Investing in Today** by answering the greatest challenges facing higher education: accessibility, cost, quality, and relevance through the combined strength of our storied institutions. |
| | **We're Building a Powerful Tomorrow** by boldly changing the trajectory of public education to position ourselves for growth, increased access, and to meet economic and workforce development needs in our region, across Pennsylvania and beyond. |
| **Quick Link** | https://jobs.lhup.edu/postings/6277 |

## Posting Specific Questions

Required fields are indicated with an asterisk (*).

1. * Have you successfully completed the Safety Inspector Trainee program?
    - Yes
    - No
2. * Do you have one-year experience with inspecting or maintaining fire suppression systems and equipment for compliance with applicable safety regulations?
    - Yes
    - No
3. * Do you have knowledge of NFPA 25?
    - Yes
    - No
4. * Do you possess a valid driver's license?
    - Yes
    - No
5. * If you do not already have a valid driver's license is there anything preventing you from receiving one prior to the start of employment?
    - Yes
    - No
    - Not applicable already have license
6. * How did you hear about this employment opportunity?
    - Commonwealth University of PA Career Site
    - PA CareerLink
    - Internal Job Board
    - Indeed.com
    - HigherEdJobs.com
    - Local Newspaper
    - Technical School/College Job Board
7. * Can you perform the essential duties of this position with or without accommodations?
    - Yes
    - No

## Applicant Documents

Required Documents

1. Resume
2. Cover Letter

Optional Documents

None