IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SHADLE, | No. 4:25-CV-00476 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH UNIVERSITY OF PENNSYLVANIA; TINA MAURER; and BELINDA SAUERS, | |
| Defendants. | |

## ORDER

### JULY 11, 2025

**AND NOW**, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 6) and Plaintiff having subsequently filed an Amended Complaint (Doc. 12), and the Court noting that an amended pleading supersedes the original "in providing the blueprint for the future course of the lawsuit," *Snyder v. Pascack Valley Hosp.*, 303 F.3d 271, 276 (3d Cir. 2002); *see also* 6 CHARLES ALAN WRIGHT ET AL., FEDERAL PRACTICE AND PROCEDURE § 1476 (3d ed. 2015), and the Court thus finding that the amended complaint renders the original complaint a nullity.

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. 6) is **DENIED as moot**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge