IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SHADLE | : | |
| Plaintiff | : | |
| | : | No. 4:25-CV-476 |
| v. | : | |
| | : | (Chief Judge Brann) |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH UNIVERSITY OF PENNSYLVANIA, TINA MAUER, *and* BELINDA SAUERS | : | Electronically Filed Document |
| | : | *Complaint Filed 3/14/25* |
| Defendants | : | |

## **DEFENDANTS' MOTION TO DISMISS**

AND NOW, comes Defendants, by and through undersigned counsel, to move pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), for dismissal of this action for failure to state a claim upon which relief can be granted. As will be identified in the supporting materials, Plaintiff is unable to make out a claim for violations of the Uniformed Services Employment and Reemployment Act, Fourteenth Amendment, 42 U.S.C. § 1985, and Pennsylvania's Veterans' Preference Act.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVID W. SUNDAY, JR.<br>Attorney General |
|  | By: *s/ Tyler Jefferies*<br>TYLER JEFFERIES |
| Office of Attorney General<br>15th Floor, Strawberry Square<br>Harrisburg, PA 17120<br>Phone: (717) 941-0376 | Deputy Attorney General<br>Attorney ID PA 330225<br><br>NICOLE R. DITOMO<br>Chief Deputy Attorney General |
| tjefferies@attorneygeneral.gov | Civil Litigation Section |
| Date: July 15, 2025 | Counsel for Defendants |

2

## **CERTIFICATE OF CONCURRENCE**

I, Tyler Jefferies, Deputy Attorney General, hereby certify that I have sought concurrence from Plaintiff's counsel, Jeffrey C. Dohrmann, Esq., and he did not respond to the request for concurrence.

          *s/ Tyler Jefferies*
          TYLER JEFFERIES
          *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEVEN SHADLE | : | |
| Plaintiff | : | |
| | : | No. 4:25-CV-476 |
| v. | : | |
| | : | (Chief Judge Brann) |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION; COMMONWEALTH UNIVERSITY OF PENNSYLVANIA, TINA MAUER, *and* BELINDA SAUERS | : | Electronically Filed Document |
| | : | *Complaint Filed 3/14/25* |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Tyler Jefferies, Deputy Attorney General for the Commonwealth of Pennsylvania, Office of Attorney General, hereby certify that on July 15, 2025, I caused to be served a true and correct copy of the foregoing document titled Defendants' Motion to Dismiss to the following:

VIA ELECTRONIC FILING
**Jeffrey C. Dohrmann**
Rieders, Travis, Dohrmann, Mowrey, Humphrey & Waters
161 West Third Street
Williamsport, PA 17701

    *s/ Tyler Jefferies*
    TYLER JEFFERIES
    Deputy Attorney General