IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SHADLE  :  <br>　　　　Plaintiff  :  <br>　　　　　　　　  :  　No. 4:25-CV-476<br>　　　v.  :  <br>　　　　　　　　  :  　(Chief Judge Brann)<br>PENNSYLVANIA STATE SYSTEM  :  <br>OF HIGHER EDUCATION;  :  　Electronically Filed Document<br>COMMONWEALTH UNIVERSITY  :  <br>OF PENNSYLVANIA, TINA  :  　*Complaint Filed 3/14/25*<br>MAUER, *and* BELINDA SAUERS  :  <br>　　　　　　　　  :  <br>　　　　Defendants  :  | |

## **ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of the Defendants' Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HONORABLE MATTHEW W. BRANN
　　　　　　　　　　　　　　　United States Chief District Judge