# EXHIBIT B

**Applicant Log**

| College/Division: | LHU | | Posting #: | S0629 |
|---|---|---|---|---|
| Department: | Facilities/Man | | Perm/Temp: | Perm. |
| Position: | Safety | | | |

**Instructions:** (1) Complete *Post Application Review* columns using "X"s, overall committee scores, and rejection code(s) as appropriate (2) Provide Applicant Log to HR for review and appropriate approvals **prior to scheduling** any first round interviews (3) After first round interviews, complete the *Post First Round Interview* columns as appropriate. 4. Provide updated Applicant Log to HR for review and appropriate approvals **prior to scheduling** any second round interviews. 5. After second round interviews, complete the *Post Second Round Interview* columns at the end of the search process and return to HR

| Applicants | Post Application Review | | | | | Post First Round Interview | | | Post Second Round Interview | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name, First Name | Meets minimum qualifications | Meets some/all of preferred qualifcations | Overall Committee Scores | Rejection code(s) post application review (if applicable) | Recommended for first round interview | Overall Committee First Round Interview Scores | Rejection code(s) post first round interview (if applicable) | Recommended for second round interview | Overall Committee Second Round Interview Scores | Rejection code(s) post second round interview (if applicable) | Recommended finalists (staff search) OR Recommended candidate(s) post department vote (faculty search) |
| Wadsworth, John | Yes | Yes | 39 | | Yes | 37 | | Yes | 82 | | |
| Withey, Bruce | Yes | No | 13 | E | No | n/a | | | | | |
| Bain, William | Yes | No | 10 | E | No | n/a | | | | | |
| Yost, Timothy | Yes | Yes | 15 | E | No | n/a | | | | | |
| Small, Wesley | Yes | Yes | 31 | | Yes | 29 | | Yes | 78 | | |
| Tanner Jr., Richard | Yes | Yes | 22 | E | No | n/a | | | | | |
| Evans, Holly | Yes | No | 23 | E | No | n/a | | | | | |
| Shadle, Steve | Yes | No | 24 | | No | 27 | G (per email from J. Welch on 3/9/23 EC) | | | | |
| McBride, Colby | Yes | Yes | 29 | | Yes | 23 | G | | | | |
| Ford, Michael | Yes | Yes | 33 | | Yes | 42 | | Yes | 0 | I - Did not Show | |
| Beall, Timothy | Yes | No | 17 | E | No | n/a | | | | | |
| Berchdel, Christine | Yes | No | 19 | E | No | n/a | | | | | |
| Coleman, Cody | Yes | Yes | 21 | E | No | n/a | | | | | |

**Rejection Code(s) Post Application Review:** Please include all codes that apply and specify justification if Other

- A  Incomplete Application
- B  Degree/Education requirement(s) not met
- C  Experience requirement(s) not met
- D  License/Certificate requirement(s) not met
- E  Meets minimum quals, but not among the most qualified applicants
- F  Other (please detail reason in the rejection code field above)
- W  Applicant withdrew application

**Rejection Code(s) Post First and Second Round Interviews:** Please include all codes that apply and specify justification if Other

- G  Candidate did not emerge among the most qualified candidates post interview
- H  Interview responses did not meet standards per intervew rubric (please specify above)
- I  Other (please detail reason in the rejection code field above)
- W  Applicant withdrew application