# EXHIBIT D

## Applicant Log

**College/Division:** LHU  
**Department:** Facilities/Man  
**Position:** Safety

**Posting #:** S0685  
**Perm/Temp:** Perm.

**Instructions:** (1) Complete *Post Application Review* columns using "X"s, overall committee scores, and rejection code(s) as appropriate (2) Provide Applicant Log to HR for review and appropriate approvals **prior to scheduling** any first round interviews (3) After first round interviews, complete the *Post First Round Interview* columns as appropriate. 4. Provide updated Applicant Log to HR for review and appropriate approvals **prior to scheduling** any second round interviews. 5. After second round interviews, complete the *Post Second Round Interview* columns at the end of the search process and return to HR

| Applicants | Post Application Review | | | | | Post First Round Interview | | | Post Second Round Interview | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Last Name, First Name | Meets minimum qualifications | Meets some/all of preferred qualifcations | Overall Committee Scores | Rejection code(s) post application review (if applicable) | Recommended for first round interview | Overall Committee First Round Interview Scores | Rejection code(s) post first round interview (if applicable) | Recommended for second round interview | Overall Committee Second Round Interview Scores | Rejection code(s) post second round interview (if applicable) | Recommended finalists (staff search) OR Recommended candidate(s) post department vote (faculty search) |
| Evans, Holly | X | | 29 | | Yes | | | X | 102 | | X |
| Long, Jason | X | | 26 | | Yes | | | X | 79 | G | |
| Presler, Maxwell | | | 0 | C | No | | | | | | |
| Shadle, Steve | X | | 10 | E | No | | | | | | |
| Stover, Dalton | X | | 13 | E | No | | | | | | |

**Rejection Code(s) Post Application Review**: Please include all codes that apply and specify justification if Other

A  Incomplete Application  
B  Degree/Education requirement(s) not met  
C  Experience requirement(s) not met  
D  License/Certificate requirement(s) not met  
E  Meets minimum quals, but not among the most qualified applicants per  
F  Other (please detail reason in the rejection code field above)  
W  Applicant withdrew application

**Rejection Code(s) Post First and Second Round Interviews**: Please include all codes that apply and specify justification if Other

G  Candidate did not emerge among the most qualified candidates post interview  
H  Interview responses did not meet standards per intervew rubric (please specify above)  
I  Other (please detail reason in the rejection code field above)  
W  Applicant withdrew application