# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN SHADLE, | No. 4:25-CV-00476 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| PENNSYLVANIA STATE SYSTEM OF HIGHER EDUCATION, *et al.*, | |
| Defendants. | |

## ORDER

**NOVEMBER 26, 2025**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendants' motion to dismiss (Doc. 14) is **GRANTED** without prejudice as to Counts I, IV, and VI;

2. Defendant's motion to dismiss is **DENIED** as to Counts II and VII.

3. Plaintiff may file a second amended complaint within fourteen days of the date of this Order;

4. If no second amended complaint is filed, Defendants shall answer the remaining counts of the first amended complaint within twenty-eight days of the date of this Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge